```
_____ FILED  _____ LODGED
          _____ RECEIVED

       JUN 2 6 2023

        CLERK U.S. DISTRICT COURT
 WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY
```

CVB JUDGE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR22-5325 CVB |
| Plaintiff, | ) |
| | ) FINDINGS AND ORDER ACCEPTING |
| v. | ) DEFENDANT FOR DEFERRED |
| | ) PROSECUTION, APPROVING |
| DANIEL M. VEHAR, | ) TREATMENT PLAN, AND |
| | ) DIRECTING DEFENDANT TO TAKE |
| Defendant. | ) TREATMENT AS PRESCRIBED |
| | ) |

THIS MATTER, coming on for hearing this 26th day of June, 2023, upon the defendant's Petition for Deferred Prosecution; the defendant appearing in person and by his attorney, Rebecca Fish, Assistant Federal Public Defender; the United States of America being represented by Barbara J. Sievers, Assistant United States Attorney; the Court, having examined and incorporated into the record Petitioner's Petition and Statement in support of deferred prosecution, the evaluation and treatment report prepared by STOP, and the files and records herein, being fully advised in the premises, does now make and enter the following:

## I.    FINDINGS OF FACT

A.    On or about the 16th day of August 2022, Petitioner was charged with the offense/offenses charged in the Information. This offense occurred as a direct result of alcoholism/chemical dependency problems;

ORDER ACCEPTING DEFERRED
PROSECUTION
(*United States v. Vehar*, CR22-5325 CVB) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

1    B.    Petitioner suffers from an alcohol/drug problem and is in need of

2    treatment;

3    C.    The probability of similar misconduct in the future is great if the problem

4    is not treated;

5    D.    Petitioner is amenable to treatment;

6    E.    An effective rehabilitative treatment plan is available to Petitioner

7    through STOP, an approved treatment facility as designated by the laws of the State of

8    Washington, and Petitioner agrees to be liable for all costs of this treatment program;

9    F.    That Petitioner agrees to comply with the terms and conditions of the

10    program offered by the treatment facility as set forth in the diagnostic evaluation from

11    STOP, attached to Statement of Petitioner filed herewith, and that Petitioner agrees to

12    be liable for all costs of this treatment program;

13    G.    That Petitioner has knowingly and voluntarily stipulated to the

14    admissibility and sufficiency of the facts as contained in the written police report

15    attached to Statement of Petitioner filed herewith.

16    H.    That Petitioner has acknowledged the admissibility of the stipulated facts

17    in any criminal hearing or trial on the underlying offense or offenses held subsequent to

18    revocation of this Order Granting Deferred Prosecution and that these reports will be

19    used to support a finding of guilt;

20    From the foregoing FINDINGS OF FACT, the Court draws the following:

21    **II.    CONCLUSIONS OF LAW**

22    A.    That the above-entitled Court has jurisdiction over the subject matter and

23    Petitioner DANIEL M. VEHAR, in this case;

24    B.    That Petitioner's Petition for Deferred Prosecution meets the requirements

25    of RCW 10.05 et seq.;

26

1    C.    That the diagnostic evaluation and commitment to treatment meets the

2    requirements of RCW 10.05.150;

3    D.    That Petitioner is eligible for deferred prosecution.

4    **III.    ORDER**

5    Having made and entered the foregoing FINDINGS OF FACT and

6    CONCLUSIONS OF LAW, it is hereby

7    ORDERED that the defendant is accepted for deferred prosecution. The

8    prosecution of the above-entitled matter is hereby deferred for five (5) years pursuant to

9    RCW 10.05 et seq., upon the following terms and conditions:

10    A.    Petitioner shall be on probation for the deferral period and follow the

11    rules and regulations of probation;

12    B.    Petitioner shall enroll in and successfully complete the two-year treatment

13    program recommended by STOP according to the terms and conditions of that plan as

14    outlined in the diagnostic evaluation, a true copy of which is attached to the Petition

15    and incorporated herein by reference. Petitioner shall not change treatment agencies

16    without prior Probation approval;

17    C.    The treatment facility, STOP, shall file with the United States Probation

18    Office status reports of Petitioner's compliance with treatment, monthly during the first

19    year of the deferred prosecution period and every three (3) months during the second

20    year. The Court may increase the frequency of these reports at its discretion;

21    D.    Petitioner shall notify U.S. Probation within 72 hours of any residence

22    change.

23    E.    Petitioner shall abstain during the deferred prosecution period from any

24    and all consumption of alcoholic beverages and/or non-prescribed mind-altering drugs;

25

26

ORDER ACCEPTING DEFERRED
PROSECUTION
(*United States v. Vehar*, CR22-5325 CVB) - 3

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

1    F.    Petitioner shall not operate a motor vehicle on the public highways

2  without a valid operator's license and proof of liability insurance sufficient to comply

3  with the state laws on financial responsibility;

4    G.    Petitioner shall be law abiding and shall not commit any alcohol/drug

5  related offenses or other criminal offenses during the period of deferral,

6    H.    Petitioner shall notify U.S. Probation within 72 hours of being arrested,

7  questioned, or cited by Law Enforcement;

8    I.    In the event that Petitioner fails or neglects to carry out and fulfill any

9  term or condition of his treatment plan or violates any provision of this Order or any

10  rule or regulation of his probation officer, upon receiving notice, the Court shall hold a

11  hearing to determine why Petitioner should not be removed from deferred prosecution

12  and prosecuted for the offense/offenses charged;

13    J.    In the event the Court finds cause to revoke this deferred prosecution, the

14  stipulated police reports shall be admitted into evidence, and Petitioner shall have his

15  guilt or innocence determined by the Court;

16    K.    That the statement of Petitioner for Deferred Prosecution shall remain

17  sealed, and all subsequent reports or documents relating to her treatment information

18  shall be sealed, to maintain confidentiality of Petitioner's treatment information;

19    L.    That the Department of Licensing be notified of this Order accepting the

20  Petitioner for deferred prosecution;

21    M.    Upon proof of Petitioner's successful completion of five years deferral

22  period in this Order, the Court shall dismiss the charges pending against Petitioner.

23  //

24  //

25  //

26  //

ORDER ACCEPTING DEFERRED
PROSECUTION
(*United States v. Vehar*, CR22-5325 CVB) - 4

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

N.      Additional conditions:

_____

DONE IN OPEN COURT this 26th day of June, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

_____
REBECCA C. FISH
Attorney for Petitioner

I have received a copy of the foregoing Order of Deferred Prosecution. I have read and understand its contents, and agree to abide by the terms and conditions set forth herein.

Dated: 6/26/23          _____
                         DANIEL M. VEHAR
                         Petitioner

I certify that a copy of this signed Order was mailed to the subject treatment facility, on June 29th , 2023. The United States Probation Office was also furnished a copy of this Order.

_____
Clerk

ORDER ACCEPTING DEFERRED
PROSECUTION
(*United States v. Vehar*, CR22-5325 CVB) - 5

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710